# AKINS & ADAMS, P. A.
### ATTORNEYS AT LAW

108 EAST JEFFERSON STREET - RIPLEY, MISSISSIPPI 38663
TELEPHONE (662) 837-9976 OR TOLL FREE (800) 349-8992
FACSIMILE (662) 837-1009
EMAIL: TOSHA@AKINSADAMS.COM

B. SEAN AKINS
BART M. ADAMS
NATHANIEL R. J. CELESKI

STAFF:
TOSHA FORTUNE
SHELLI WILKERSON
HALEY YANCEY

July 24, 2019

U. S. Bankruptcy Court
Northern District of Mississippi
703 HWY 145 N
Aberdeen, MS 39730

RE:    Eurnell Hoyle, Case No.:18-10097

Please be advised that the Creditor, Auto Credito, LLC, received a Notice of Cancellation of Insurance on the 2011 Chevrolet Camaro VIN#2G1FB1ED3B9109026 as of March 13, 2019 in the aforementioned matter. Pursuant to the Agreed Order Resolving the Motion for Relief from Stay (DK#70), that if the Debtor allows the insurance policy to lapse, the Creditor shall provide a 10 day written notice and if the Debtor fails to provide proof the stay would automatically lift without further Order of the Court. Therefore, the Creditor intends to proceed with the repossession process.

Thank you for your assistance with this matter. If I can provide you with any further assistance, please do not hesitate to contact me.

With kindest regards, I remain,

Sincerely,

/s/ Bart M. Adams